RECEIVED IN
The Court of Appeals
Sixth District

SEP 2 8 2015

Texarkana, Texas
Debra Autrey, Clerk

To the Court of Appeals,

9-21-15 FILED IN
The Court of Appeals
Sixth District

SEP 2 8 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Re: Appellate Case # 06-15-00050-CR
Trial Court Case # 14-0029X
Style: Brad Allen Dunn v. The State of TX

I am writing to ask for an extension to file my Pro Se Brief. I am currently in prison and we are on our mandatory lockdown, I have no idea what a Pro Se brief is, and can't talk to anyone or go to the law library until we get off lockdown, which will be around Oct. 1. I've been in prison for a little over 5 months. I got my appeal lawyer Mr. Fletcher right after my trial back in March 2015. I met him once & then I went to prison April 10. I have wrote him twice since coming to prison & finally last week I recieve a certified letter from him, basically saying I can't help you & I would like to be withdrawn from being your attorney. By that I am shocked. By that, I am also writing to ask if I can get an attorney who is not from Marshall, TX, works for the City of Marshall, I feel I will not be treated fairly from anyone there. My trial was the biggest media trial they had, a congressmen was involved in passing a law from my murder. I was made to look like a dog, a monster, I can prove beyond a shadow of a doubt that my attorney Scott Rectinwald didn't provide "reasonably effective assistance" My trial was a one sided hanging, I believe & can prove he didn't want to help me and railroaded me. I also believe my new appeal attorney has been tainted by the bad publicity of the trial. I know for

a fact that Mr. Fletcher had just started doing practice in Marshall, he told me he hasn't even set his office up before I left. I know they all talk, have lunch together, I'm not saying it did happen, but I feel either someone has asked him not to help me or he wants no part of it. Since I got so much bad publicity, who really wants to be the lawyer that helps me. I'm not saying what I did wasn't bad. I'm saying I have no major criminal record, I was contributing to society, I worked hard, I loved my wife & kids. I'm saying my trial was a joke on my part & I deserve a fair trial. I may still get 99 years, but I deserve a fair trial and I can prove I didn't get one. Thank you for your time. I will try to figure out what a Pro Se Brief is, surely someone knows & will help me. God Bless.

Thank You
Brad A. Dunn
Brad A Dunn

My Info
Brad Dunn # 1988053
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886